FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 SEP 12 PM 1: 05

OFFICE OF THE CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 8 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1742      8:06cv453
                    8:06cv453

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-19)

On March 1, 2006, the Panel transferred 12 civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 422 F.Supp.2d 1379 (J.P.M.L. 2006). Since that time, 184 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable David A. Katz.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Katz.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of March 1, 2006, and, with the consent of that court, assigned to the Honorable David A. Katz.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

## SCHEDULE CTO-19 - TAG-ALONG ACTIONS
## DOCKET NO. 1742
## IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **IOWA NORTHERN** | |
| IAN 1  06-85 | Lindsay Harris v. Johnson & Johnson, et al. |
| **IOWA SOUTHERN** | |
| IAS 1  06-18 | Tamara Beck v. Johnson & Johnson, et al. |
| IAS 3  06-71 | Stephanie Haaf v. Johnson & Johnson, et al. |
| **LOUISIANA MIDDLE** | |
| LAM 3  06-573 | Hope Dunaway v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| **MICHIGAN WESTERN** | |
| MIW 1  06-535 | Amanda Lynn Duncan v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| **NEBRASKA** | |
| NE  8  06-452 | Crystal Watson v. Johnson & Johnson, et al. |
| NE  8  06-453 | Cheryl Gray v. Johnson & Johnson, et al. |
| **NEW JERSEY** | |
| NJ  2  06-3331 | Evdokia Smith v. Johnson & Johnson, et al. |
| NJ  2  06-3336 | Zanna Forbes v. Johnson & Johnson, et al. |
| NJ  2  06-3370 | Annette Valdez v. Johnson & Johnson, et al. |
| NJ  2  06-3374 | Angela Thomason v. Johnson & Johnson, et al. |
| NJ  2  06-3426 | Deborah M. Dawson v. Johnson & Johnson, et al. |
| NJ  2  06-3487 | Lisa Thompson v. Johnson & Johnson, et al. |
| NJ  2  06-3488 | Samantha Kaye Braden, et al. v. Johnson & Johnson, et al. |
| NJ  2  06-3489 | Teronda McNeil-Hueitt, et al. v. Johnson & Johnson, et al. |
| **NEW YORK EASTERN** | |
| NYE 1  06-3732 | Dina Rucker v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| **NEW YORK WESTERN** | |
| NYW 1  06-536 | Doris M. Edwards v. Johnson & Johnson, et al. |
| **OHIO SOUTHERN** | |
| OHS 1  06-496 | Robert Douglas Rosfeld, etc. v. Johnson & Johnson, et al. |
| **SOUTH CAROLINA** | |
| SC  2  06-2186 | Pamela Tisdale v. Johnson & Johnson, et al. |
| **TENNESSEE EASTERN** | |
| TNE 3  06-272 | Christy Womble v. Johnson & Johnson, et al. |

# INVOLVED JUDGES LIST (CTO-19)
# DOCKET NO. 1742
# IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

Hon Joseph F. Anderson, Jr.
Chief Judge
United States District Court
Matthew J Perry Jr. United States Courthouse
901 Richland Street, 3rd Floor
Columbia, SC 29201

Hon. Richard J. Arcara
Chief Judge, U.S. District Court
609 U.S. Courthouse
68 Court Street
Buffalo, NY 14202

Hon. James J. Brady
U.S. District Judge
369 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801

Hon. Nina Gershon
U.S. District Judge
1429 U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. F. A. Gossett, III
U.S Magistrate Judge
2271 Roman L. Hruska U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102

Hon. Katharine S. Hayden
U.S. District Judge
311 U.S. Post Office & Courthouse
P. O. Box 999
Newark, NJ 07101-0999

Hon. Gordon J. Quist
Senior U.S. District Judge
482 Federal Building
110 Michigan Street, N.W.
Grand Rapids, MI 49503

Hon. Linda R. Reade
U.S. District Judge
304 Federal Building and U.S. Courthouse
101 First Street, S.E.
Cedar Rapids, IA 52401-1202

Hon. S. Arthur Spiegel
Senior U.S. District Judge
838 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Hon. Thomas D. Thalken
U.S Magistrate Judge
United States District Court
Roman L. Hruska United States Courthouse
111 South 18th Plaza, Suite 2271
Omaha, NE 68102

Hon. Thomas A. Varlan
U.S. District Judge
143 Howard H. Baker Jr. U.S. Courthouse
800 Market Street
Knoxville, TN 37902-7902

Hon. Charles R. Wolle
Senior U.S. District Judge
U.S. Courthouse, Suite 103
123 East Walnut Street
Des Moines, IA 50309