FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 OCT -2 PM 1:52

OFFICE OF THE CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 8 2006

FILED
CLERK'S OFFICE

## DOCKET NO. 1742

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

8:06CV452
8:06CV453

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-19)

On March 1, 2006, the Panel transferred 12 civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 422 F.Supp.2d 1379 (J.P.M.L. 2006). Since that time, 184 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable David A. Katz.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Katz.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of March 1, 2006, and, with the consent of that court, assigned to the Honorable David A. Katz.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP 2 6 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

## SCHEDULE CTO-19 - TAG-ALONG ACTIONS
## DOCKET NO. 1742
## IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

<u>DIST. DIV. C.A. #</u>           <u>CASE CAPTION</u>

**IOWA NORTHERN**
IAN 1 06-85                Lindsay Harris v. Johnson & Johnson, et al.

**IOWA SOUTHERN**
IAS 1 06-18                Tamara Beck v. Johnson & Johnson, et al.
IAS 3 06-71                Stephanie Haaf v. Johnson & Johnson, et al.

**LOUISIANA MIDDLE**
LAM 3 06-573               Hope Dunaway v. Ortho-McNeil Pharmaceutical, Inc., et al.

**MICHIGAN WESTERN**
MIW 1 06-535               Amanda Lynn Duncan v. Ortho-McNeil Pharmaceutical, Inc., et al.

**NEBRASKA**
NE 8 06-452                Crystal Watson v. Johnson & Johnson, et al.
NE 8 06-453                Cheryl Gray v. Johnson & Johnson, et al.

**NEW JERSEY**
NJ 2 06-3331               Evdokia Smith v. Johnson & Johnson, et al.
NJ 2 06-3336               Zanna Forbes v. Johnson & Johnson, et al.
NJ 2 06-3370               Annette Valdez v. Johnson & Johnson, et al.
NJ 2 06-3374               Angela Thomason v. Johnson & Johnson, et al.
NJ 2 06-3426               Deborah M. Dawson v. Johnson & Johnson, et al.
NJ 2 06-3487               Lisa Thompson v. Johnson & Johnson, et al.
NJ 2 06-3488               Samantha Kaye Braden, et al. v. Johnson & Johnson, et al.
NJ 2 06-3489               Teronda McNeil-Hueitt, et al. v. Johnson & Johnson, et al.

**NEW YORK EASTERN**
NYE 1 06-3732              Dina Rucker v. Ortho-McNeil Pharmaceutical, Inc., et al.

**NEW YORK WESTERN**
NYW 1 06-536               Doris M. Edwards v. Johnson & Johnson, et al.

**OHIO SOUTHERN**
OHS 1 06-496               Robert Douglas Rosfeld, etc. v. Johnson & Johnson, et al.

**SOUTH CAROLINA**
SC 2 06-2186               Pamela Tisdale v. Johnson & Johnson, et al.

**TENNESSEE EASTERN**
TNE 3 06-272               Christy Womble v. Johnson & Johnson, et al.

## INVOLVED COUNSEL LIST (CTO-19)
## DOCKET NO. 1742
## IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

Janet G. Abaray
Lopez, Hodes, Restaino, Milman & Skikos
312 Walnut Street
Suite 2090
Cincinnati, OH 45202

Nicholas E. Bunch
White, Getgey & Meyer
1 West 4th Street
Suite 1700
Cincinnati, OH 45202

Julie A. Callsen
Tucker Ellis & West, LLP
1150 Huntington Bldg.
925 Euclid Avenue
Cleveland, OH 44115-1475

David L. Eisbrouch
Balkin & Eisbrouch
50 Main Street, Suite 6
Hackensack, NJ 07601

Thomas J. Foley
Foley, Baron & Metzger
33533 W. Twelve Mile Road
Suite 350
Farmington Hills, MI 48331-3354

David M. Garrett, Jr.
Garrett Law Office
111 West 5th Street
8th Floor
Tulsa, OK 74103

Laura A. Gianni
Gianni - Petoyan
17383 Sunset Boulevard, Suite A 340
Pacific Palisades, CA 90272

Samuel Goldblatt
Nixon, Peabody LLP
40 Fountain Plaza, Suite 500
Buffalo, NY 14202

Kenneth Wayne Harrell
Joye Law Firm
Northgate Office Building
5861 Rivers Avenue, Suite 101
North Charleston, SC 29406

John P. Inserra
Inserra, Kelley Law Firm
6790 Grover Street, Suite 200
Omaha, NE 68106

James B. Irwin, V
Irwin Fritchie Urquhart & Moore, LLC
400 Poydras Street
Suite 2700
New Orleans, LA 70130

Mark E. Liabo
Tom Riley Law Firm
4040 First Avenue, NE
P.O. Box 998
Cedar Rapids, IA 52406-0998

Michael A. London
Douglas & London, P.C.
111 John Street
14th Floor
New York, NY 10038

Patrick J. Maloney
Dempsey & Dempsey
561 Franklin Street
Buffalo, NY 14202

Melanie H. Muhlstock
Parker & Waichman, LLP
111 Great Neck Road
1st Floor
Great Neck, NY 11021-5402

Jerrold S. Parker
Parker & Waichman, LLP
111 Great Neck Road
1st Floor
Great Neck, NY 11021-5402

Richard W. Schulte
Botros, Behnke & Schulte, LLC
5785 Far Hills Avenue
Dayton, OH 45429

Susan M. Sharko
Drinker, Biddle & Reath, L.L.P.
500 Campus Drive
Florham Park, NJ 07932-1047

Frank Tomeny, III
Tomeny & Fisher
6709 Perkins Road
Baton Rouge, LA 70808

Robert C. Tucker
Tucker, Ellis & West, LLP
1150 Huntington Building
925 Euclid Avenue
Cleveland, OH 44115-1475

## INVOLVED JUDGES LIST (CTO-19)
## DOCKET NO. 1742
## IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

Hon Joseph F. Anderson, Jr.
Chief Judge
United States District Court
Matthew J Perry Jr. United States Courthouse
901 Richland Street, 3rd Floor
Columbia, SC 29201

Hon. Richard J. Arcara
Chief Judge, U.S. District Court
609 U.S. Courthouse
68 Court Street
Buffalo, NY 14202

Hon. James J. Brady
U.S. District Judge
369 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801

Hon. Nina Gershon
U.S. District Judge
1429 U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. F. A. Gossett, III
U.S Magistrate Judge
2271 Roman L. Hruska U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102

Hon. Katharine S. Hayden
U.S. District Judge
311 U.S. Post Office & Courthouse
P. O. Box 999
Newark, NJ 07101-0999

Hon. Gordon J. Quist
Senior U.S. District Judge
482 Federal Building
110 Michigan Street, N.W.
Grand Rapids, MI 49503

Hon. Linda R. Reade
U.S. District Judge
304 Federal Building and U.S. Courthouse
101 First Street, S.E.
Cedar Rapids, IA 52401-1202

Hon. S. Arthur Spiegel
Senior U.S. District Judge
838 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Hon. Thomas D. Thalken
U.S Magistrate Judge
United States District Court
Roman L. Hruska United States Courthouse
111 South 18th Plaza, Suite 2271
Omaha, NE 68102

Hon. Thomas A. Varlan
U.S. District Judge
143 Howard H. Baker Jr. U.S. Courthouse
800 Market Street
Knoxville, TN 37902-7902

Hon. Charles R. Wolle
Senior U.S. District Judge
U.S. Courthouse, Suite 103
123 East Walnut Street
Des Moines, IA 50309

## INVOLVED CLERKS LIST (CTO-19)
## DOCKET NO. 1742
## IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

Denise Lucks, Clerk
1152 Roman L. Hruska U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102-1322

James Bonini, Clerk
324 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

James D. Hodges, Jr., Clerk
101 First Street SE
Cedar Rapids, IA 52401

Larry W. Propes, Clerk
P.O. Box 835
Charleston, SC 29402-9835

Lawrence Talamo, Clerk
U.S. District Court
139 Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801-1712

Marge Krahn, Clerk
P.O. Box 307
Council Bluffs, IA 51502

Marge Krahn, Clerk
P.O. Box 256
Davenport, IA 52805

Patricia L. McNutt, Clerk
130 Howard H. Baker Jr. U.S. Courthouse
800 Market Street
Knoxville, TN 37902

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Rodney C. Early, Clerk
304 U.S. Courthouse
68 Court Street
Buffalo, NY 14202-1368

Ronald C. Weston, Clerk
452 Federal Building
110 Michigan Street, N.W.
Grand Rapids, MI 49503

William T. Walsh, Clerk
Martin Luther King, Jr. Fed. Bldg. & U.S. Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102